# MEMO ENDORSED

*11/4/09*

*Motion granted*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x

In re

ENRON CREDITORS RECOVERY CORP., et al.,

      Reorganized Debtors.

Chapter 11
Case No. 01-16034 (AJG)
(Jointly Administered)

———————————————————————

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

ALFA, S.A.B. de C.V.,

      Appellant Defendant,

    -against-

ENRON CREDITORS RECOVERY CORP.,

      Appellee Plaintiff.

Case No.
09-CV-9031 (CM)

——————————————————————— x

ING VP Balanced Portfolio, Inc., and
ING VP Bond Portfolio, Inc.,

      Appellant Defendants,

    -against-

ENRON CREDITORS RECOVERY CORP.,

      Appellee Plaintiff.

Case No.
09-CV-9030 (CM)

*CHAMBERS OF COLLEEN McMAHON*

——————————————————————— x

## UNOPPOSED MOTION TO SEAL OF APPELLEE ENRON CREDITORS RECOVERY CORP.

Richard L. Wasserman (RLW 8696)
Michael Schatzow (MS-3109)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400
(410) 244-7742 (fax)
*Special Litigation Counsel*
*for the Reorganized Debtor*

Frank A. Oswald
Howard P. Magaliff
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
(212) 967-4258 (fax)
*Bankruptcy Co-Counsel*
*for the Reorganized Debtor*

TO THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE:

Appellee Enron Creditors Recovery Corp. ("Enron") files this Motion and respectfully submits and represents as follows:

1.    By this Motion, Enron seeks an order of the Court sealing certain documents filed as part of the briefing of the appeal in the above-entitled action.

2.    Enron has consulted with the attorneys for Appellant Defendants ING VP Balanced Portfolio and ING VP Bond Portfolio ("ING").  ING does not oppose this motion to seal.

3.    The proceedings below were governed by a confidentiality protective order issued by the Honorable Arthur J. Gonzalez.  A true an correct copy of the most recent confidentiality protective is attached as Exhibit One.  See Exhibit One: Amended Confidentiality Protective Order (Dec. 5, 2006).

4.    Pursuant to that order, counsel for the parties were permitted to file under seal confidential materials by inscribing the documents with the phrase "Confidential – Subject to Court Order."  Id. at ¶18.

5.    In filing their opening and reply briefs, Enron attempted to file its appendices under seal because they contained materials designated and protected as confidential before Judge Gonzalez.  Enron was instructed by the Clerk of Court that Enron could not rely on the order issued by Judge Gonzalez, and that Enron should move this Court for an order sealing the confidential materials.

6.    Whereas, Enron seeks to protect the confidentiality of sensitive and proprietary information in this case, Enron respectfully requests that the Court issue a similar Order directing the Clerk of Court to seal all documents designated by each of the parties as filed under seal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November 2009, a copy of the foregoing Unopposed Motion to Seal of Appellee Enron Creditors Recovery Corp. was forwarded via electronic mail to:

Sabin Willett, Esq.
Eric Heining, Esq.
Bingham McCutchen LLP
One Federal Street
Boston, Massachusetts 02110
*sabin.willett@bingham.com*
*eric.heining@bingham.com*
*Attorneys for Appellant Defendants*
*ING VP Balanced Portfolio and*
*ING VP Bond Portfolio*

Mark M. Elliott, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
*mark.elliott@bingham.com*

Michael L. Cook, Esq.
Brian C. Tong, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
*michael.cook@srz.com*
*brian.tong@srz.com*
*Attorneys for Appellant Defendant*
*ALFA S.A.B de C.V.*

Katharine B. Gresham, Esq.
Assistant General Counsel
Securities & Exchange Commission
100 F Street N.E., Stop 8030B
Washington, DC 20549
greshamk@sec.gov
*Attorneys for Intervenor*
*Securities & Exchange Commission*

_____/s/ Michael Schatzow_____
Richard L. Wasserman (RW 8696)
Michael Schatzow (MS 3109)
Robert L. Wilkins *(pro hac vice)*
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

and

TOGUT SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
*Attorneys for Appellee Enron Creditors*
*Recovery Corp.*

3